# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.                             :    **CASE NO: 2:12-MC-036**

                                    :    **MAGISTRATE JUDGE KING**

**JOHN M. SMILO,**

    **Defendant.**

## CERTIFICATE OF MAILING

This is to certify that a copy of the Notice of Registration of Judgment was mailed on the 16th day of October, 2012, to John M. Smilo, DPM, 636 Ridgewood Drive, Coshocton, Ohio 43812 by first class postage paid mail.

                Respectfully submitted,

                CARTER M. STEWART
                United States Attorney

                s/Bethany J. Hamilton
                BETHANY J. HAMILTON (0075139)
                Assistant United States Attorney
                Attorney for Plaintiff
                303 Marconi Boulevard
                Suite 200
                Columbus, Ohio 43215
                (614) 469-5715
                Fax: (614) 469-5240
                Bethany.Hamilton @usdoj.gov